**Judge Pauley**

08 CV 5234

Haluk Savci, Esq.
Mason Tender District Council
520 8th Avenue, Suite 650
New York, N.Y. 10018
(212) 452-9407

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

                        Plaintiffs,

-against-

KHYBER CONSTRUCTION, INC.

                        Defendants.
------------------------------------------------------------ x

Civil Action
No. –

ECF CASE

RULE 7.1 Statement

RECEIVED JUN 0 6 2008 U.S.D.C. S.D. N.Y. CASHIERS

     Plaintiffs, Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund and Training Program Fund and Mason Tenders District Council of Greater New York, hereby certify that they have no parent corporations nor does any publicly held company own 10% or more of their stock.

Dated: New York, NY
June 4, 2008

                                                                Respectfully submitted,

By:    _____
        Haluk Savci (HS 0853)
        Mason Tenders District Council
        Of Greater New York
        520 Eighth Avenue, Suite 650
        New York, NY
        (212) 452-9407